**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re DRYWALL LITIGATION**

**Relates to Cases Numbered:**

| | |
|---|---|
| **2:21-cv-887** | **2:21-cv-888** |
| **2:21-cv-891** | **2:21-cv-894** |
| **2:21-cv-896** | **2:21-cv-889** |
| **2:21-cv-890** | **2:21-cv-892** |
| **2:21-cv-893** | **2:21-cv-895** |
| **5:21-cv-574** | **6:21-cv-2011** |
| **6:21-cv-2013** | **8:21-cv-2771** |
| **8:21-cv-2779** | **8:21-cv-2773** |
| **8:21-cv-2778** | **8:21-cv-2774** |
| **8:21-cv-2777** | **8:21-cv-2785** |
| **8:21-cv-2775** | **8:21-cv-2788** |
| **8:21-cv-2789** | **8:21-cv-2781** |
| **8:21-cv-2783** | |

**GENERAL ORDER NUMBER 1**

Pursuant to District Judge Scriven's Order in Case no. 8:21-cv-2781, Doc. no. 12, the undersigned will be handling pretrial matters in the above referenced cases. Because of the similarity and commonality of issues in these cases, it is anticipated that most filings by the parties and the Court will relate to all the cases. All such filings should use the caption of this Order and shall be docketed separately in each case. Filings pertaining only to individual cases should use the appropriate individual case dockets and captions. Filings relating to more than one but fewer

- 2 -

than all the cases should use the caption of this Order, modified to delete references to unaffected cases.

**DONE** and **ORDERED** in Orlando, Florida, on March 8, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record