**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re DRYWALL LITIGATION**

**Relates to Cases Numbered:**

| | |
|---|---|
| 2:21-cv-887 | 2:21-cv-888 |
| 2:21-cv-891 | 2:21-cv-894 |
| 2:21-cv-896 | 2:21-cv-889 |
| 2:21-cv-890 | 2:21-cv-892 |
| 2:21-cv-893 | 2:21-cv-895 |
| 5:21-cv-574 | 6:21-cv-2011 |
| 6:21-cv-2013 | 8:21-cv-2771 |
| 8:21-cv-2779 | 8:21-cv-2773 |
| 8:21-cv-2778 | 8:21-cv-2774 |
| 8:21-cv-2777 | 8:21-cv-2785 |
| 8:21-cv-2775 | 8:21-cv-2788 |
| 8:21-cv-2789 | 8:21-cv-2781 |
| 8:21-cv-2783 | |

**GENERAL ORDER NUMBER 2**

This matter comes before the Court following the hearing held on March 1, 2022, in Case Nos: 6:21-CV-2011-ACC-DAB and 6:21-CV-2013-ACC-DAB. Since that hearing, all 25 of the Drywall cases in this District remanded from the Multi-District Litigation proceedings have been assigned to the undersigned. As addressed at the hearing there are common issues regarding establishing a basis for exercise of diversity jurisdiction in these cases.

- 2 -

To allow resolution of those issues, the parties must file[1] within fourteen days a stipulation designating the correct names of the Defendants (including acknowledgement that they are the proper Defendants and confirming the representations previously made regarding ownership and citizenship of the entities). In addition, Plaintiffs **in each case** must provide a showing that the scope and extent of their damage claims exceed $75,000. In doing so, they may provide (by citation or filing here) and rely upon documents previously filed in the multidistrict litigation that serve to establish the amount in controversy as it pertains across the board to these cases alleging defective drywall. To be clear, these stipulations and acknowledgements are for purposes of establishing *in this record* a basis for the Court's jurisdiction and are not admissions of liability nor an indication of the amount of any actual damages.

The Court anticipates that upon review of these materials, a finding of jurisdiction can be made.

**DONE** and **ORDERED** in Orlando, Florida, on March 9, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] See General Order 1.