**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re DRYWALL LITIGATION**

**Relates to Cases Numbered:**

| | |
|---|---|
| **2:21-cv-887** | **2:21-cv-888** |
| **2:21-cv-891** | **2:21-cv-894** |
| **2:21-cv-896** | **2:21-cv-889** |
| **2:21-cv-890** | **2:21-cv-892** |
| **2:21-cv-893** | **2:21-cv-895** |
| **5:21-cv-574** | **6:21-cv-2011** |
| **6:21-cv-2013** | **8:21-cv-2771** |
| **8:21-cv-2779** | **8:21-cv-2773** |
| **8:21-cv-2778** | **8:21-cv-2774** |
| **8:21-cv-2777** | **8:21-cv-2785** |
| **8:21-cv-2775** | **8:21-cv-2788** |
| **8:21-cv-2789** | **8:21-cv-2781** |
| **8:21-cv-2783** | |

**GENERAL ORDER NUMBER 3**

This matter comes before the Court following the hearing held on March 1, 2022, in Case Nos: 6:21-CV-2011-ACC-DAB and 6:21-CV-2013-ACC-DAB. Since that hearing, all 25 of the Drywall cases in this District remanded from the Multi-district Litigation proceedings have been assigned to the undersigned. As addressed at the hearing, there are common issues and disputes in the cases regarding allowance of discovery and pretrial motion practice. To facilitate the Court's consideration and determination of these issues, it is **ORDERED** that, **within fourteen days of the date of this Order**:

1. The parties must file[1] a joint[2] notice listing, by Docket Number and date and brief description, the documents filed in the multidistrict litigation, Case No. 09-md-2047, they believe are pertinent to these proceedings, especially regarding their contentions as to jurisdiction and discovery. The purpose of this requirement is for the judges of this Court to be familiar with the course of the MDL proceedings as they affect the handling of these cases without reviewing the thousands of docket entries from the MDL.

2. Plaintiffs must file detailed descriptions of the discovery Plaintiffs contend is necessary to these proceedings that Plaintiffs contend was not addressed in the multidistrict litigation, including the proposed means of discovery; and

3. Defendants must file a list of substantive motions they anticipate submitting and a schedule of how and when in the course of the cases they intend to file the motion(s), being mindful that the Court does not ordinarily permit the filing of multiple dispositive motions.

4. Upon review of these materials, the Court will notify the parties if additional briefing or argument is appropriate. The Court anticipates

---

[1] See General Order Number 1.
[2] The Notice should be joint and chronological, but the parties need not agree that each entry listed is pertinent.

entry of a schedule for pretrial proceedings that will govern in all the cases.

**DONE** and **ORDERED** in Orlando, Florida, on March 9, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record